FILED IN CHAMBERS
U.S.D.C. - Rome
JUL 2 8 2014
JAMES N. HATTEN, Clerk
Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

STEPHEN GARRARD HOUSE,

    Movant,

v.

UNITED STATES OF AMERICA

    Respondent.

CRIMINAL ACTION NO.
4:10-CR-01-RLV

O R D E R

After carefully considering the report and recommendation of the magistrate judge [Doc. No. 125], together with the objections thereto, the court adopts the report and recommendation as the opinion and order of this court.

SO ORDERED, this 28th day of July, 2014.

ROBERT L. VINING, JR.
Senior United States District Judge